## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHANCE MARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 24-CV-00072-CVE-JFJ** |
| | ) | |
| **VILLAGE SQUARE BIXBY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an order (Dkt. # 12) has been entered dismissing plaintiff's case.  A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED** this 30th day of April, 2024.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE